B1 (Official Form 1) (4/13)

| United States Bankruptcy Court | **Voluntary Petition** |
|---|---|
| **NORTHERN** DISTRICT OF **ILLINOIS** | |

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| **Geisen, Michael Joseph** | |

| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **NONE** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
|---|---|

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **0162** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
|---|---|

| Street Address of Debtor (No. & Street, City, and State): **325 Second Street** **Downers Grove, IL** ZIPCODE **60515-5228** | Street Address of Joint Debtor (No. & Street, City, and State): ZIPCODE |
|---|---|

| County of Residence or of the Principal Place of Business: **Du Page** | County of Residence or of the Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address): **SAME** ZIPCODE | Mailing Address of Joint Debtor (if different from street address): ZIPCODE |
|---|---|

| Location of Principal Assets of Business Debtor (if different from street address above): **SAME** ZIPCODE |
|---|

**Type of Debtor** (Form of organization)

(Check **one** box.)

☒ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*

☐ Corporation (includes LLC and LLP)

☐ Partnership

☐ Other (if debtor is not one of the above entities, check this box and state type of entity below

**Nature of Business**

(Check **one** box.)

☐ Health Care Business

☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)

☐ Railroad

☐ Stockbroker

☐ Commodity Broker

☐ Clearing Bank

☒ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed**

(Check one box)

☒ Chapter 7

☐ Chapter 9

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding

☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"

☒ Debts are primarily business debts.

**Chapter 15 Debtors**

Country of debtor's center of main interests: _____

Each country in which a foreign proceeding by, regarding, or against debtor is pending: _____

**Tax-Exempt Entity**

(Check box, if applicable.)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter 11 Debtors:**

**Check one box:**

☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D).

☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

**Filing Fee** (Check one box)

☒ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Offiicial Form 3B.

**Check all applicable boxes:**

☐ A plan is being filed with this petition

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ 1-49 | ☐ 50-99 | ☒ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☒ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☒ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1) (4/13)                                                                                    FORM B1, Page 2

| Voluntary Petition | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Michael Joseph Geisen** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years    (If more than two, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| *NONE* | | |
| Location Where Filed: | Case Number: | Date Filed: |
| | | |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor    (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| *NONE* | | |
| District: | Relationship: | Judge: |
| | | |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11) | (To be completed if debtor is an individual whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition | **X** _____ *07/19/2014*<br> Signature of Attorney for Debtor(s)              Date |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D, completed and signed by the debtor, is attached and made part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (4/13)                                                                    FORM B1, Page   3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Michael Joseph Geisen** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** */s/ Michael Joseph Geisen*
Signature of Debtor

**X**
Signature of Joint Debtor

Telephone Number (if not represented by attorney)

*07/19/2014*
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**

(Signature of Foreign Representative)

(Printed name of Foreign Representative)

(Date)

| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|

**X** */s/ Frank J. Kokoszka*
Signature of Attorney for Debtor(s)

**Frank J. Kokoszka 6201436**
Printed Name of Attorney for Debtor(s)

**Kokoszka & Janczur, P. C.**
Firm Name

**122 South Michigan Avenue**
Address

**Suite 1070**

**Chicago, IL  60603**

**312-443-9600**
Telephone Number

*07/19/2014*
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110 (h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

**X**

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *Michael Joseph Geisen*                                           Case No. _____

                                                                                 (if known)


_____
                        Debtor(s)


# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**WARNING: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒    1. Within the 180 days    **before the filing of my bankruptcy case,**    I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.    *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐    2. Within the 180 days    **before the filing of my bankruptcy case,**    I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me.    *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐    3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.    *[Summarize exigent circumstances here.]*


**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09)

☐    4. I am not required to receive a credit counseling briefing because of:    *[Check the applicable statement]*
*[Must be accompanied by a motion for determination by the court.]*

☐    Incapacity. (Defined in 11 U.S.C. § 109 (h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐    Disability. (Defined in 11 U.S.C. § 109 (h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐    Active military duty in a military combat zone.

☐    5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    */s/ Michael Joseph Geisen*

Date:    *07/19/2014*

FORM B6A (Official Form 6A) (12/07)

In re __Michael Joseph Geisen_____,    Case No._____
                                    Debtor(s)                                              (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| *325 Second Street, Downers Grove, IL 60515* *(Property in Foreclosure)* *(Zillow Value)* | | | $363,000.00 | $335,573.00 |

No continuation sheets attached

**TOTAL $**    363,000.00

**(Report also on Summary of Schedules.)**

B6B (Official Form 6B) (12/07)

In re **Michael Joseph Geisen**                                          ,       Case No. _____
        Debtor(s)                                                                                (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified in the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand. | | *Cash on hand*<br>*Location: In debtor's possession* | | $100.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | *Bank Financial (checking account for business)*<br>*negative balance*<br>*Location: Bank Financial* | | $0.00 |
| | | *Checking Account*<br>*Location: Chase Bank* | | $830.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | *Used furniture*<br>*Location: In debtor's possession* | | $1,000.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | *Used books*<br>*Location: In debtor's possession* | | $10.00 |
| 6.  Wearing apparel. | | *Necessary wearing apparel*<br>*Location: In debtor's possession* | | $500.00 |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | *Various used sporting equipment*<br>*Location: In debtor's possession* | | $50.00 |

B6B (Official Form 6B) (12/07)

In re **Michael Joseph Geisen** ,    Case No. _____
         Debtor(s)                                              (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 99 % of Geisen LLC also dba "My Favorite Toy Store" (no longer in business) | | $0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | Michael J. Geisen Trust | | $0.00 |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | "My Favorite Toy Store" Customer List Location: In debtor's possession | | $0.00 |

Page __2__ of __3__

B6B (Official Form 6B) (12/07)

In re **Michael Joseph Geisen**                                    , Case No. _____
                    **Debtor(s)**                                                      (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | *2004 Ford Explorer (Fair condition - 103,000 Miles)*<br><br>*Location: In debtor's possession* | | *$2,000.00* |
| | | *2009 Subaru Forrester (Good condition - 93,000 Miles)*<br>*Location: In debtor's possession* | | *$10,000.00* |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | *Shelves, Desk, File cabinets, Used refrigerator*<br>*Location: In debtor's possession* | | *$1,000.00* |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Page __3__ of __3__

**Total** ➡    *$15,490.00*

**(Report total also on Summary of Schedules.)**
**Include amounts from any continuation sheets attached.**

B6C (Official Form 6C) (04/13)

In re _Michael Joseph Geisen_____,    Case No. _____
                    Debtor(s)                                                              (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds $155,675.*

(Check one box)

☐ 11 U.S.C. § 522(b) (2)
☒ 11 U.S.C. § 522(b) (3)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| _325 Second Street, Downers Grove, IL 60515_ | _735 ILCS 5/12-901_ | _$ 15,000.00_ | _$ 363,000.00_ |
| _Chase Checking_ | _735 ILCS 5/12-1001(b)_ | _$ 830.00_ | _$ 830.00_ |
| _Used furniture_ | _735 ILCS 5/12-1001(b)_ | _$ 1,000.00_ | _$ 1,000.00_ |
| _Necessary wearing apparel_ | _735 ILCS 5/12-1001(a)_ | _$ 500.00_ | _$ 500.00_ |
| _2009 Subaru Forrester_ | _735 ILCS 5/12-1001(c)_ _735 ILCS 5/12-1001(b)_ | _$ 2,400.00_ _$ 2,170.00_ | _$ 10,000.00_ |

Page No. _1_ of _1_

* Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6D (Official Form 6D) (12/07)

In re _Michael Joseph Geisen_____,      Case No._____
          **Debtor(s)**                                                                    **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien   H--Husband  W--Wife  J--Joint  C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No:  *Creditor # : 1*  *Bank Financial*  *6415 West 95th Street*  *Chicago Ridge Illinois 60415-2600* | | *2nd Mortgage*  *325 Second Street, Downers Grove, IL 60515*  Value: **$ 363,000.00** | | | | **$ 10,000.00** | **$ 0.00** |
| Account No:  *Representing:*  *Bank Financial* | | *BankFinancial F.S.B.*  *15W060 North Frontage Road*  *Burr Ridge IL 60527*  Value: | | | | | |

| | | |
|---|---|---|
| <u>1</u>    continuation sheets attached | Subtotal $ (Total of this page) | **$ 10,000.00** | **$ 0.00** |
| | Total $ (Use only on last page) | | |
| | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6D (Official Form 6D) (12/07)   - Cont.

In re _Michael Joseph Geisen_ _____,   Case No. _____
       **Debtor(s)**                                                    (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No: *Creditor # : 2* *Nationstar Mortgage, LLC* *FL* | | *325 Second Street, Downers Grove, IL 60515* <br><br> Value: *$ 363,000.00* | | | | *$ 325,573.00* | *$ 0.00* |
| Account No: <br><br> *Representing:* *Nationstar Mortgage, LLC* | | *Codilis & Associates, P.C.* *15W030 North Frontage Road* *Suite 100* *Burr Ridge IL 60527* <br><br> Value: | | | | | |
| Account No: | | <br><br> Value: | | | | | |
| Account No: | | <br><br> Value: | | | | | |
| Account No: | | <br><br> Value: | | | | | |

Sheet no. _1_ of _1_  continuation sheets attached to Schedule of Creditors
Holding Secured Claims

|  | Subtotal $ (Total of this page) | $ 325,573.00 | $ 0.00 |
|---|---|---|---|
|  | Total $ (Use only on last page) | $ 335,573.00 | $ 0.00 |
|  |  | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6E (Official Form 6E) (04/13)

In re ___Michael Joseph Geisen_____,    Case No._____
                    **Debtor(s)**                                                                          (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☒ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**No continuation sheets attached**

B6F (Official Form 6F) (12/07)

In re  _Michael Joseph Geisen_ _____ ,        Case No. _____
         **Debtor(s)**                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed.  R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:**  _0607_ | | | | | | | $ 282.16 |
| _Creditor # : 1_<br>_ADP Inc_<br>_P.O. Box 31001-1568_<br>_Pasadena CA 91110-1568_ | | | _Business Debt_ | | | | |
| **Account No:**  _0607_ | | | | | | | |
| _Representing:_<br><br>_ADP Inc_ | | | _ADP Account Receivable_<br>_100 N Stanton Street_<br>_3rd Floor_<br>_El Paso  TX 79901_ | | | | |
| **Account No:**  _7878_ | | | | | | | $ 893.99 |
| _Creditor # : 2_<br>_Advanced Disposal_<br>_Collections Department_<br>_PO Box 6484_<br>_Carol Stream IL 60197_ | | | _Business Debt_ | | | | |

_30_ continuation sheets attached

                                                **Subtotal $**    $ 1,176.15

                                                    **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Michael Joseph Geisen_____ ,   Case No._____
   **Debtor(s)**                                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 3 <br> Affinity Solution <br> 1180 Sixth Avenue <br> 3rd Floor <br> New York NY 10036 | | | 4/2013 <br> Business Debt | X | | X | $ 24.12 |
| Account No: <br> Creditor # : 4 <br> AG Adj-Uline <br> 740 Whitman Road <br> Melville NY 11747-9090 | | | Business Debt | | | | $ 777.60 |
| Account No:   0343 <br> Creditor # : 5 <br> Alex Toys LLC <br> 251 Union Street <br> Northvale NJ 07647 | | | 9/2013-12/2013 <br> Business Debt | X | | X | $ 6,164.45 |
| Account No:   0343 <br> Representing: <br> Alex Toys LLC | | | Alex Toys LLC <br> PO Box 3908 <br> Boston MA 02241 | | | | |
| Account No: <br> Creditor # : 6 <br> Alliance One-Capital One <br> 4850 Street Road <br> Suite 300 <br> Feasterville Tre PA 19053 | | | Business Debt | X | | X | $ 13,308.17 |

Sheet No. _1_ of _30_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   |   $ 20,274.34
Total $   |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Michael Joseph Geisen_____,   Case No._____
        **Debtor(s)**   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>**Creditor # : 7**<br>**Allied Interstate Corp**<br>**PO Box 90001154**<br>**Louisville KY 40290** | | **Business Debt** | | | | $ 1,176.51 |
| Account No:<br>**Representing:**<br><br>**Allied Interstate Corp** | | **Allied Interstate LLc**<br>**2290 Agage Court**<br>**Unit A1**<br>**Simi Valley CA 93065** | | | | |
| Account No:  **0000**<br>**Creditor # : 8**<br>**Almar Sales**<br>**320 5th Avenue**<br>**3rd Floor**<br>**New York NY 10001** | | **11/2013**<br>**Business Debt** | | | | $ 620.42 |
| Account No:  **9721**<br>**Creditor # : 9**<br>**American Express**<br>**c/o American Recovery Service**<br>**555 St. Charles Drive, # 100**<br>**Thousand Oaks CA 91360** | | **Business Debt** | | | | $ 578.03 |
| Account No:<br>**Creditor # : 10**<br>**Ann Williams**<br>**6142 Lantern**<br>**Bloomfield Hills MI 48301** | | **11/2013** | | | | $ 1,184.00 |

Sheet No. _2_ of _30_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 3,558.96

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Michael Joseph Geisen_ _____ ,   Case No. _____

**Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: | | 11/2013 | | | | $ 315.00 |
| Creditor # : 11 Aquastone Group 600 Reisterstown Rd Suite 308 Pikesville MD 21208 | | Business Debt | | | | |
| Account No: | | | | | | $ 28,967.55 |
| Creditor # : 12 ARS National Services po Box 463023 Escondido CA 92046-9046 | | Business Debt | | | | |
| Account No:    0922 | | | | | | $ 779.67 |
| Creditor # : 13 AT&T c/o Cisco, Inc. PO Boxx 801086 Houston TX 77280-1088 | | | | | | |
| Account No:    0922 | | Crisco Inc 1702 Townhurst Dr Houston TX 77043 | | | | |
| Representing: AT&T | | | | | | |
| Account No:    4392 | | | | | | $ 102.00 |
| Creditor # : 14 AT&T PO Box 5019 Carol Stream IL 60197-5019 | | | | | | |

Sheet No. _3_ of _30_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 30,164.22

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re  _Michael Joseph Geisen_ _____ ,        Case No. _____
        **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.   3831 |  |  |  |  |  |  | $ 494.66 |
| Creditor # : 15 AT&T PO Box 5019 Carol Stream IL 60197-5019 |  |  |  |  |  |  |  |
| Account No.   7541 |  |  | 12/2012 Business Card |  |  | X | $ 29,429.00 |
| Creditor # : 16 AT&T Universal MC P.O. Box 6500 Sioux Falls SD 57117-6500 |  |  |  |  |  |  |  |
| Account No.   7541 |  |  | ARS National Services Inc P O Box 463023 Escondido  CA  92046-9046 |  |  |  |  |
| Representing:  AT&T Universal MC |  |  |  |  |  |  |  |
| Account No.   1984 |  |  | Business Debt | X |  | X | $ 75.00 |
| Creditor # : 17 Authorize.Net PO Box 947 American Fork UT 84003 |  |  |  |  |  |  |  |
| Account No: |  |  | NSF Fees |  | X | X | $ 1,000.00 |
| Creditor # : 18 Bank Financial 6415 West 95th Street Chicago Ridge  IL 60415 |  |  |  |  |  |  |  |

Sheet No.  _4_  of  _30_  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 30,998.66

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re **Michael Joseph Geisen**_____,         Case No._____
             **Debtor(s)**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   **3589** <br> **Creditor # : 19** <br> **BC USA** <br> **101 Quint Street** <br> **San Francisco CA 94124** | | | 5/2013 | | | | $ 975.00 |
| Account No:   **6482** <br> **Creditor # : 20** <br> **Be Amazing Toys** <br> **P O Box** <br> **Grantsville MD 21536** | | | | | | | $ 801.80 |
| Account No:   **0106** <br> **Creditor # : 21** <br> **Be Good Company** <br> **733 South Claremont Street** <br> **San Mateo CA 94402** | | | 10/2013 | | | | $ 1,421.50 |
| Account No: <br> **Creditor # : 22** <br> **Best of Best** <br> **5100 Academy Drive** <br> **Suite 300** <br> **Lisle IL 60532** | | | | | | | $ 2,589.20 |
| Account No: <br> **Creditor # : 23** <br> **Blue Orange** <br> **1000 Illinois Street** <br> **San Francisco CA 94107** | | | 11/2013 | | | | $ 2,438.89 |

Sheet No.   _5_  of   _30_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $         $ 8,226.39

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Michael Joseph Geisen_____ ,    Case No._____
                    **Debtor(s)**                                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   5237 Creditor # : 24 Brand44 Colorado 169 Corona Street Denver CO 80218 | | | | | | | $ 399.00 |
| Account No:   0597 Creditor # : 25 Bruder 4950 West 145th Street Hawthorne CA 90250 | | | 11/2013 | X | | | $ 3,094.05 |
| Account No:   0284 Creditor # : 26 Can You Imagine 9314 Eton Avenue Chatsworth CA 91311 | | | | | | | $ 2,294.24 |
| Account No:   8946 Creditor # : 27 Capital One MC P.O. Box 6492 Carol Stream IL 60197-6492 | | | 2013 Business Credit Card | | | | $ 9,868.90 |
| Account No:   8946 Representing: Capital One MC | | | Blitt and Gaines, P.C. 661 Glenn Avenue Wheeling IL 60090 | | | | |

Sheet No.   6   of   30   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 15,656.19

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Michael Joseph Geisen_____ ,   Case No._____
       **Debtor(s)**   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| **Account No:** 3696<br>Creditor # : 28<br>Capital One Visa<br>P.O. Box 6492<br>Carol Stream IL 60197-6492 | | *2013 Business Credit Card* | | | | $ 11,554.00 |
| **Account No:**<br>Creditor # : 29<br>Carma Games/Tenzi | | | | | | $ 370.00 |
| **Account No:** 8342<br>Creditor # : 30<br>Casdon PLC<br>Cornford Road<br>Blackpool England FY4 4QW | | | | | | $ 365.40 |
| **Account No:** OWN<br>Creditor # : 31<br>Ceaco<br>70 Bridge Street<br>Suite 200<br>Newton MA 02458 | | *Business Debt* | | | | $ 1,475.01 |
| **Account No:** OWN<br>Representing:<br><br>Ceaco | | Receivables Control Corporatio<br>7373 Kirkwood Court<br>Suite 200<br>Minneapolis MN 55369 | | | | |

Sheet No. _7_ of _30_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 13,764.41

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Michael Joseph Geisen_____,     Case No._____
        **Debtor(s)**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   2746 <br><br> Creditor # : 32 <br> Cloud B Inc <br> 150 W Walnut Street <br> Suite 100 <br> Gardena CA 90248 | | | | | | | $ 1,331.18 |
| Account No:   8058 <br><br> Creditor # : 33 <br> ComEd <br> P O Box 6111 <br> Carol Stream IL 60197 | | | | | | | $ 922.19 |
| Account No:   5046 <br><br> Creditor # : 34 <br> ComEd <br> P O Box 6111 <br> Carol Stream IL 60197 | | | *Business Utility Bills* | | | | $ 396.92 |
| Account No:   3032 <br><br> Creditor # : 35 <br> ComEd <br> P O Box 6111 <br> Carol Stream IL 60197 | | | | | | | $ 2,145.76 |
| Account No:   3032 <br><br> Representing: <br><br> ComEd | | | *Credit Collection Services* <br> *Two Wells Avenue* <br> *Newton Center MA 02459* | | | | |

Sheet No.  _8_  of  _30_  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**   $ 4,796.05

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re  *Michael Joseph Geisen*                                    ,          Case No._____

**Debtor(s)**                                                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.   *9693* <br> *Creditor # : 36* <br> *Corolle* <br> *P O Box* <br> *Atlanta   GA   30374* | | | | | | | $ 2,527.03 |
| Account No.   *Y513* <br> *Creditor # : 37* <br> *Daron* <br> *24 Stewart Place* <br> *Unit 4* <br> *Fairfield NJ 07004* | | | | | | | $ 1,708.12 |
| Account No.   *9836* <br> *Creditor # : 38* <br> *Discover Card* <br> *P.O. Box 6103* <br> *Carol Stream IL 60197-6103* | | | *Business Credit Card* | | | | $ 29,832.00 |
| Account No.   *9836* <br><br> *Representing:* <br><br> *Discover Card* | | | *Weltman Weinberg & Rais Co* <br> *3705 marlane Drive* <br> *Grove City OH 43123* | | | | |
| Account No.   *0445* <br> *Creditor # : 39* <br> *Discover with Dr. Cool* <br> *621 Morton Street* <br> *Ashland OR 97520* | | | | | | | $ 460.00 |

Sheet No.   *9*   of   *30*   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal $ | $ 34,527.15 |
| Total $ | |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Michael Joseph Geisen_____,   Case No._____
         **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** Creditor # : 40 Do A Dot 31192 La Baya Dr Suite F Thousand Oaks CA 91362 | | | | | | | $ 1,366.51 |
| **Account No:** Creditor # : 41 Don Saichek 1427 Elmhurst IL 60126 | | | | | | | $ 0.00 |
| **Account No:** 9917 Creditor # : 42 Douglas Company 69 Krif Road Box D Keene NH 03431 | | | | | | | $ 2,643.56 |
| **Account No:** 3999 Creditor # : 43 Educational  Development PO Box 472037 Tulsa OK 74147 | | | *Business Debt* | X | | X | $ 1,770.71 |
| **Account No:** 9528 Creditor # : 44 EeBoo 170 West 74th Street Suite 102 New York NY 10023 | | | | | | | $ 1,600.70 |

Sheet No. _10_ of _30_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**   $ 7,381.48

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Michael Joseph Geisen_____,   Case No._____
       **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No.   **FA3** <br> *Creditor # : 45* <br> *Elenco* <br> *150 Carpenter Avenue* <br> *Wheeling IL 60090* | | | | | | $ 2,025.87 |
| Account No: <br> *Creditor # : 46* <br> *Elizabeth Flanigan* <br> *1227 Glencoe Street* <br> *Wheaton IL 60187* | | *Business Debt* | | | | $ 5,750.00 |
| Account No:   **0697** <br> *Creditor # : 47* <br> *Enesco LLC* <br> *225 Windsor Dr* <br> *Itasca IL 60143* | | *2013* <br> *Business Debt* | | | X | $ 3,692.81 |
| Account No:   **0697** <br> *Representing:* <br> *Enesco LLC* | | *Teller Levit & Silvertrust PC* <br> *19 S LaSalle* <br> *Suite 701* <br> *Chicago IL 60603* | | | | |
| Account No: <br> *Creditor # : 48* <br> *EzyRoller LLC* <br> *22588 Scenic Loop Rd* <br> *San Antonio TX 78255* | | | | | | $ 1,772.16 |

Sheet No. __11__ of ___30__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 13,240.84

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Michael Joseph Geisen_____ ,   Case No._____
            **Debtor(s)**                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 8836 Creditor # : 49 Faber Castell 9450 Allen Drive Cleveland OH 44125 | | | | | | | $ 6,637.97 |
| Account No: Creditor # : 50 Fashion Angels/Bead Shop 306 N Milwaukee Street Milwaukee WI 53202 | | | | | | | $ 2,695.92 |
| Account No: 4849 Creditor # : 51 Fat Brain Wholesale 1405 N 205th Street Suite 120 Elkhorn NE 68022 | | | Business Debt | | | | $ 676.72 |
| Account No: 4849 Representing: Fat Brain Wholesale | | | Receivables Control Corporatio P.O. Box 9658 Minneapolis MN 55440-9658 | | | | |
| Account No: 8212 Creditor # : 52 Fisher Price P.O. Box 198049 Atlanta GA 30384-8049 | | | Business Debt | | | | $ 70.20 |

Sheet No. _12_ of _30_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 10,080.81

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Michael Joseph Geisen_ _____ ,   Case No. _____

**Debtor(s)**   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **8212** **Representing:** **Fisher Price** | | | ANI International Inc 125 S Wacker Dr Suite 1210 Chicago IL 60606 | | | | |
| Account No: **5137** Creditor # : 53 Folkmanis 1219 Park Avenue Emeryville CA 94608 | | | | | | | $ 516.00 |
| Account No: **1440** Creditor # : 54 Franklin Capital/Kaskey Kids Inc P O Box 1220 Highland Park IL 60035 | | | | | | | $ 650.19 |
| Account No: **1500** Creditor # : 55 Franklin Sports Inc P.O. Box 4808 Boston  MA 2212-4808 | | | 2013 Business Debt | X | | | $ 1,796.07 |
| Account No: **1500** **Representing:** **Franklin Sports Inc** | | | Debtscreen.Com Inc P.O. Box 131610 Staten Island  NY 10313 | | | | |

Sheet No. __13__ of ___30___ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 2,962.26

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Michael Joseph Geisen_ _____ ,     Case No. _____
          **Debtor(s)**                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No.    0393 | | | | | X | $ 1,933.05 |
| Creditor # : 56 Geo Central 6049 Hi-Tek Court Mason  OH 45040-2603 | | Business Debt | | | | |
| Account No.    0393 Representing: Geo Central | | DeHaan & Bach 25 Whitney Dr Suite 106 Milford  OH 45150 | | | | |
| Account No.    0515 Creditor # : 57 Gina B Designs 12700 Industrial Park Blvd Suite 40 Plymounth MN 55441 | | | | | | $ 518.34 |
| Account No: Creditor # : 58 Green Toys 495 Miller Avenue Suite 301 Mill Valley CA 94941 | | | | | | $ 2,498.00 |
| Account No.    703H Creditor # : 59 Hape International Inc 123 Cree Road Sherwood Park AB T8A 3X9 | | | | | | $ 3,177.45 |

Sheet No. _14_ of _30_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 8,126.84

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Michael Joseph Geisen_____ ,        Case No._____

**Debtor(s)**                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.   *703H* | | | | | | | |
| *Representing:* *Hape International Inc* | | | *House of Adjustment Inc* *715 Mamaroneck Ave* *P.O. Box 780* *Mamaroneck NY 10543-0780* | | | | |
| Account No.   *0506* | | | | | | | $ 294.70 |
| *Creditor # : 60* *Harrisville Designs* *P O Box 806* *Harrisville NH 03450* | | | | | | | |
| Account No.   *7354* | | | | | | | $ 392.66 |
| *Creditor # : 61* *Hog Wild LLC* *221 SE Main Street* *Portland OR 97214* | | | *Business Debt* | | | | |
| Account No.   *7354* | | | | | | | |
| *Representing:* *Hog Wild LLC* | | | *The Creditors Network* *27972 Meadow Drive* *Suite 320* *Evergreen, CO 80439* | | | | |
| Account No.   *1905* | | | | | | | $ 1,459.85 |
| *Creditor # : 62* *Hohner* *1000 Technology Park Drive* *Glen Allen VA 23059* | | | | | | | |

Sheet No. _15_ of _30_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 2,147.21

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Michael Joseph Geisen_____ ,        Case No._____
          **Debtor(s)**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   0002 Creditor # : 63 Hotaling Imports 101 Madison Street P O Box 715 Wampsville NY 13163 | | | | | | | $ 1,945.22 |
| Account No:   8289 Creditor # : 64 Huntar Company 32408 Central Ave Union City CA 94587 | | | | | | | $ 928.00 |
| Account No: Creditor # : 65 Infinity/Zoobs Corp 733 S Claremont Street San Mateo CA 94402 | | | | | | | $ 2,844.73 |
| Account No:   4873 Creditor # : 66 Innovention Toys 2058 Paradise Ridge Ct Colorado Springs CO 80921 | | | | | | | $ 247.20 |
| Account No:   0686 Creditor # : 67 Insect Lore P O Box 1535 Shafter CA 93263 | | | | | | | $ 1,002.76 |

Sheet No. __16__ of __30__ continuation sheets attached to Schedule of                  Subtotal $  | $ 6,967.91
Creditors Holding Unsecured Nonpriority Claims                                               Total $  |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Michael Joseph Geisen_ , Case No._____
_____Debtor(s)_____ (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.    2672<br><br>Creditor # : 68<br>Intergrity Sign<br>1075 Camden Lane<br>Aurora IL 60504 | | | Business Debt | | | | $ 300.00 |
| Account No.    0060<br><br>Creditor # : 69<br>International Playthings<br>P.O. Box 823401<br>Philadelphia PA 19182-3401 | | | Business Debt | | | | $ 8,790.46 |
| Account No.    0060<br><br>Representing:<br><br>International Playthings | | | Abrams & Abrams PC<br>180 W Washington St<br>Suite 910<br>Chicago IL 60602 | | | | |
| Account No.<br><br>Creditor # : 70<br>John Hansen Co<br>369 Adrian Road<br>Millbrae CA 94030 | | | | | | | $ 1,167.79 |
| Account No.<br><br>Representing:<br><br>John Hansen Co | | | Transworld System Inc<br>507 Prudential Rd<br>Horsham PA 19044 | | | | |

Sheet No.  17  of  30  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 10,258.25

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Michael Joseph Geisen_____ ,   Case No._____
        **Debtor(s)**   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   *4863*<br>*Creditor # : 71*<br>*JuraToys US Corp*<br>*P.O. Box 600*<br>*Grantsville MD 21536* | | | *Business Debt* | | | | $ 3,131.16 |
| Account No:   *4863*<br>*Representing:*<br>*JuraToys US Corp* | | | *Transworld Systems Inc*<br>*507 Prudential Rd*<br>*Horsham PA 19044* | | | | |
| Account No:   *2GS*<br>*Creditor # : 72*<br>*Just Think Toys*<br>*P O Box 10730*<br>*Bainbridge Islan WA 98110* | | | | | | | $ 183.12 |
| Account No:   *3550*<br>*Creditor # : 73*<br>*Kickboard USA*<br>*5090 Kendrick Court SE*<br>*Grand Rapids MI 49512* | | | | | | | $ 1,151.13 |
| Account No:   *4929*<br>*Creditor # : 74*<br>*Kid Galaxy Inc*<br>*150 Dow Street*<br>*Tower2, 425B*<br>*Manchester NH 03101* | | | *Business Debt* | | | | $ 1,478.42 |

Sheet No. _18_ of _30_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 5,943.83

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Michael Joseph Geisen_____ ,          Case No._____
                **Debtor(s)**                                                           **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:  4929<br><br>*Representing:*<br><br>*Kid Galaxy Inc* | | *Coface Collections North*<br>*P.O. Box 1389*<br>*Kenner LA 70063* | | | | |
| Account No:  1189<br>*Creditor # : 75*<br>*Kido Products*<br>*1050 Amboy Ave*<br>*Suite 1*<br>*Perth Amboy NJ 08861* | | *Business Debt* | | | | $ 1,834.60 |
| Account No:  1189<br><br>*Representing:*<br><br>*Kido Products* | | *Transworld Systems Inc*<br>*507 Prudential Rd*<br>*Horsham PA 19044* | | | | |
| Account No:  3944<br>*Creditor # : 76*<br>*Kidzaw*<br>*231 Forest Avenue*<br>*Oak Park IL 60302* | | | | | | $ 645.00 |
| Account No:  5843<br>*Creditor # : 77*<br>*Klutz*<br>*450 Lambert Ave*<br>*Palo Alto CA 94306* | | *Business Debt* | | | | $ 4,189.38 |

Sheet No.  _19_ of  _30_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $  | $ 6,668.98

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)    - Cont.

In re _Michael Joseph Geisen_____,    Case No._____
    **Debtor(s)**    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No. **5843** <br><br> *Representing:* <br><br> *Klutz* | | *United Commercial Collections* <br> *4455 Genesee Street* <br> *Suite 116* <br> *Buffalo NY 14225* | | | | |
| Account No. **6163** <br> *Creditor # : 78* <br> *Learning Resources Inc* <br> *6641 Eagel Way* <br> *Chicago IL 60678* | | | | | | $ 6,637.23 |
| Account No. <br> *Creditor # : 79* <br> *Linda Augustyniak* <br> *Jacobs & Newmark, P.C.* <br> *100 Lexington Drive* <br> *Buffalo Grove IL 60089* | | *Business Debt* | | | | $ 1,200.00 |
| Account No. <br> *Creditor # : 80* <br> *Manhattan Toy* <br> *430 First Avenue North* <br> *Suite 500* <br> *Minneapolis MN 55401* | | *Business Debt* | | | | $ 4,127.00 |
| Account No. **6886** <br> *Creditor # : 81* <br> *Maple Landmark Inc* <br> *1297 exchange Strret* <br> *Middlebury VT 05753* | | *Business Debt* | | | | $ 441.56 |

Sheet No. __20__ of ___30___ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 12,405.79

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Michael Joseph Geisen_____,      Case No._____
    **Debtor(s)**                                                           (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | | | | | | | $ 2,538.00 |
| Creditor # : 82 Marky Sparky 2180 Chablis Ct Suite 102 Escondido CA 92029-1964 | | | Business Debt | | | | |
| Account No:   0769 | | | | | | | $ 978.21 |
| Creditor # : 83 Marlon Creations 3501 36th Ave Long Island City NY 11106 | | | Business Debt | | | | |
| Account No:   0769 | | | | | | | |
| Representing: Marlon Creations | | | Sko Brenner American P.O. Box 9320 Baldwin   NY 11510 | | | | |
| Account No:   7903 | | | | | | | $ 740.00 |
| Creditor # : 84 Mason Corp 8114 Isabella Lane Brentwood TN 37027 | | | | | | | |
| Account No:   5701 | | | | | | | $ 2,741.88 |
| Creditor # : 85 Mattel P O Box 100125 Atlanta GA 30384-5738 | | | | | | | |

Sheet No. _21_ of _30_ continuation sheets attached to Schedule of       **Subtotal $** | $ 6,998.09
Creditors Holding Unsecured Nonpriority Claims                                    **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Michael Joseph Geisen_ _____ ,   Case No._____
        **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   9625 <br> Creditor # : 86 <br> Melissa & Doug LLC <br> P.O. Box 590 <br> Westport CT 06881 | | Business Debt | X | | X | $ 11,769.43 |
| Account No:   6816 <br> Creditor # : 87 <br> MindWare Wholesale <br> 2100 Country Road C West <br> Roseville MN 55113 | | Business Debt | | | | $ 2,876.88 |
| Account No:   6816 <br> Representing: <br> MindWare Wholesale | | Receivables Control Corporatio <br> 7373 Kirkwood Court <br> Suite 200 <br> Minneapolis MN 55369 | | | | |
| Account No:   4019 <br> Creditor # : 88 <br> National Sporting Goods <br> 376 Hollywood Avenue <br> Suite 202 <br> Fairfield NJ 07004 | | | | | | $ 531.20 |
| Account No:   0100 <br> Creditor # : 89 <br> Nicor Gas <br> c/o Arnold Scott Harris <br> 111 West Jackson <br> Chicago IL 60604 | | Business Debt | X | | X | $ 2,700.47 |

Sheet No. _22_ of _30_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 17,877.98

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Michael Joseph Geisen_ _____ ,   Case No. _____
            **Debtor(s)**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 90 <br> Northern Leasing Systems <br> 132 West 31st Street <br> 14th Floor <br> New York NY 10001 | | | Business Debt | X | | X | $ 904.40 |
| Account No: 3006 <br> Creditor # : 91 <br> OgoSport LLC <br> Brooklyn Navy Yard, Bldg 3 <br> Suite 408 <br> Brooklyn NY 11205 | | | | | | | $ 876.10 |
| Account No: 5561 <br> Creditor # : 92 <br> ORB Factory Limited <br> 225 Herring Cove Road <br> Halifax NS B3P 1L3 | | | Business Debt | | | | $ 2,747.49 |
| Account No: 5561 <br> Representing: <br> ORB Factory Limited | | | Coface Collections North Ameri <br> P.O. Box 1389 <br> Kenenr LA 70063 | | | | |
| Account No: 6001 <br> Creditor # : 93 <br> PlayMobil USA Inc <br> P.O. Box 877 <br> Dayton NJ 08810-0877 | | | Business Debt | | | | $ 4,761.00 |

Sheet No. _23_ of _30_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**   $ 9,288.99

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Michael Joseph Geisen_____,     Case No._____
                    **Debtor(s)**                                                     (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** *6001* Representing: PlayMobil USA Inc | | | Euler Hermes Collections 600 South 7th St Louisville KY 40203 | | | | |
| **Account No:** *9IN* Creditor # : 94 Proof-Slinky LLC 4280 S Haggerty Road Canton  MI 48188 | | | | | | | $ 120.00 |
| **Account No:** *R-DW* Creditor # : 95 Psych Associates DuPage c/o David Weaver LCPC 950 N. York Road, Ste 107 Hinsdale IL 60521 | | | 1/2013 Medical Bills | | | | $ 380.00 |
| **Account No:** Creditor # : 96 R & R Games/AmeriFators PO Box 130195 Tampa FL 33681 | | | | | | | $ 49.88 |
| **Account No:** *0000* Creditor # : 97 Random House 400 Hahn Road Westminster MD 21157 | | | | | | | $ 1,163.50 |

Sheet No. __24__ of __30__ continuation sheets attached to Schedule of                                   Subtotal $   |   $ 1,713.38
Creditors Holding Unsecured Nonpriority Claims                                                                     Total $   |
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re  Michael Joseph Geisen                                        ,        Case No. _____
                    **Debtor(s)**                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No.   0217 | | 2013 | | | X | $ 13,046.43 |
| Creditor # : 98 Ravensburger USA Inc P.O. Box 845233 Boston  MA 02284-5233 | | | | | | |
| Account No.   0217 | | Stein & Rotman 105 W Madison Street Chicago IL 60602 | | | | |
| Representing: Ravensburger USA Inc | | | | | | |
| Account No.   5447 | | | | | | $ 561.72 |
| Creditor # : 99 Reeves International Inc 14 Industrial Rd Pequannock NJ 07440 | | | | | | |
| Account No.   4789 | | 12/2012    Business Debt | | | | $ 52.53 |
| Creditor # : 100 Republic Services 5050 W. Lake Street Melrose Park IL 60160 | | | | | | |
| Account No.   4789 | | Allied Waste Republic Service P.O. Box 9001154 Louisville KY 40290-1154 | | | | |
| Representing: Republic Services | | | | | | |

Sheet No.  25  of   30  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     |     $ 13,660.68

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Michael Joseph Geisen_____,        Case No._____
**Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   3692 | | | | | | | $ 2,971.37 |
| Creditor # : 101 Schylling Inc 306 Newburyport Turnpike Rowney MA 01969 | | | Business Debt | | | | |
| Account No:   3692 | | | | | | | |
| Representing: Schylling Inc | | | Transworld Systems Inc 507 Prudential Rd. Horsham PA 19044 | | | | |
| Account No: | | | | | | | $ 874.20 |
| Creditor # : 102 Smart Lab 11120 NE 33rd Place Suite 101 Bellevue WA 98004 | | | | | | | |
| Account No:   26TT | | | | | | | $ 275.76 |
| Creditor # : 103 Smart Noggin Inc P O Box 244 Noblesville IN 46061 | | | | | | | |
| Account No: | | | | | | | $ 2,428.25 |
| Creditor # : 104 Smart Toys and Games 2822 Van Ness Avenue San Francisco CA 94109 | | | | | | | |

Sheet No. _26_ of _30_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 6,549.58

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re **Michael Joseph Geisen** _____ ,      Case No._____
                    **Debtor(s)**                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   **8vw** | | | | | | | $ 1,080.00 |
| Creditor # : 105 Spooner Boards 1804-A Cleveland Ave National City CA 91950 | | | | | | | |
| Account No:   **3SJ** | | | | | | | $ 744.60 |
| Creditor # : 106 Stephen Joseph 4302 Ironton Ave Lubbock TX 79407 | | | | | | | |
| Account No:   **0000** | | | | | | | $ 91.36 |
| Creditor # : 107 Sterling Publishing Co 387 Park Avenue South New York NY 10016 | | | | | | | |
| Account No:   **8181** | | | | | | | $ 214.68 |
| Creditor # : 108 Sweet Locks/KRL Products 5350 DTC Parkway Suite 301 Grenwood Village CO 80111 | | | | | | | |
| Account No:   **0209** | | | | | | | $ 370.50 |
| Creditor # : 109 System Enterprises LLC 319 Windward Island Clearwater Beach FL 33767 | | | | | | | |

Sheet No. _27_ of _30_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**     $ 2,501.14

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Michael Joseph Geisen_____,   Case No._____
        **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:  1520<br>Creditor # : 110<br>Thames & Kosmos<br>301 Friendship Street<br>Providence RI 02903 | | | | | | | $ 3,473.56 |
| Account No:  5616<br>Creditor # : 111<br>The Original Toy Company<br>230 Woodmont Rd<br>Milford CT 06460 | | | | | | | $ 305.06 |
| Account No:  0217<br>Creditor # : 112<br>Thinkfun Inc<br>1321 Cameron St<br>Alexandria VA 22314 | | | Business Debt | | | | $ 5,353.53 |
| Account No:  0217<br>Representing:<br>Thinkfun Inc | | | Stein & Rotman<br>105 West Madison Street<br>Chicago IL 60602-4672 | | | | |
| Account No:  5133<br>Creditor # : 113<br>Tomy International Inc<br>39792 Treasury Center<br>Chicago IL 60694-9700 | | | Business Debt | | | | $ 2,347.02 |

Sheet No. _28_ of _30_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   | $ 11,479.17

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Michael Joseph Geisen_____,   Case No._____
         **Debtor(s)**                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   5133 | | | | | | | |
| *Representing:* *Tomy International Inc* | | | *Atwell, Curtis & Brooks Ltd* *204 Stonehinge Lane* *P.O. Box 363* *Carle Place NY 11514-0363* | | | | |
| Account No:   2711 *Creditor # : 114* *Transnational Bankcard* *9600 W Bryn Mawr Ave.* *6th Floor* *Rosemont  IL 60018* | | | *Business Debt* | x | x | | $ 3,007.85 |
| Account No:   5600 *Creditor # : 115* *Ty Inc* *P.O. Box 93953* *Chicago IL 60673-3953* | | | *Business Debt 2013* | | | | $ 7,333.10 |
| Account No:   5600 *Representing:* *Ty Inc* | | | *Brennan & Clark Ltd* *721 E Madison* *Suite 200* *Villa Park IL 60181* | | | | |
| Account No:   8628 *Creditor # : 116* *University Games* *2030 Harrison Street* *San Francisco CA 94110* | | | | | | | $ 1,379.40 |

Sheet No. _29_ of _30_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 11,720.35

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Michael Joseph Geisen_____,     Case No._____
           **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    2504<br>Creditor # : 117<br>UPS<br>c/ o NCO Financial Systems, In<br>Dublin OH 43017 | | | | | | | $ 123.00 |
| Account No:    4398<br>Creditor # : 118<br>UPS<br>c/o NCO Financial Systems, Inc<br>PO Box 9186<br>Dublin OH 43017 | | | | | | | $ 115.00 |
| Account No:    4398<br>Representing:<br>UPS | | | UPS/UPS SCS Chicago<br>28013 Network Place<br>Chicago IL 60673-1280 | | | | |
| Account No:    0887<br>Creditor # : 119<br>Wonder Forge Inc<br>300 East Pike Street<br>Seattle WA 98122 | | | | | | | $ 825.93 |
| Account No:    7560<br>Creditor # : 120<br>Zany Toys LLC<br>P O Box 104<br>South Glastonbur CT 06073 | | | 2013<br>  Business Debt | | | | $ 240.00 |

Sheet No.  _30_  of  _30_  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal $ | $ 1,303.93 |
| Total $ | $ 332,420.01 |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6G (Official Form 6G) (12/07)

In re _Michael Joseph Geisen_____ / Debtor      Case No. _____
                                                                                    (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
|  |  |

B6H (Official Form 6H) (12/07)

In re _Michael Joseph Geisen_ _____ / Debtor       Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| | |

**Fill in this information to identify your case:**

Debtor 1    Michael Joseph Geisen
        First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)  First Name        Middle Name        Last Name

United States Bankruptcy Court for the:  NORTHERN    District of  ILLINOIS

Case number
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition
chapter 13 income as of the following date:
_____
MM / DD / YYYY

## Official Form B 6I

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |
| --- | --- |

1. **Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may Include student or homemaker, if it applies.

|  | Debtor 1 | Debtor 2 or non-filing spouse |
| --- | --- | --- |
| Employment status | ☐ Employed<br>☑ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | _____ | _____ |
| Employer's name | _____ | _____ |
| Employer's address | _____<br>Number  Street | _____<br>Number  Street |
|  | _____ | _____ |
|  | _____<br>City        State    ZIP Code | _____<br>City        State    ZIP Code |
| How long employed there? | _____ | _____ |

| Part 2: | Give Details About Monthly Income |
| --- | --- |

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
| --- | --- | --- | --- |
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ 0.00 |
| 3. **Estimate and list monthly overtime pay.** | 3. | + $ 0.00 | + $ 0.00 |
| 4. **Calculate gross income.** Add line 2 + line 3. | 4. | $ 0.00 | $ 0.00 |

Debtor 1    Michael Joseph Geisen
_____    Case number (if known)_____
First Name    Middle Name    Last Name

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ......................................................➔ | 4. | $ 0.00 | $ 0.00 |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 0.00 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. **Other deductions.** Specify: _____ | 5h. | + $ 0.00 | + $ 0.00 |

| | | | |
|---|---|---|---|
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h. | 6. | $ 0.00 | $ 0.00 |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ 0.00 |

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**

Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.

| | | | |
|---|---|---|---|
| | 8a. | $ 0.00 | $ 0.00 |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**

Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.

| | | | |
|---|---|---|---|
| | 8c. | $ 0.00 | $ 0.00 |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. **Social Security** | 8e. | $ 1673.00 | $ 0.00 |

8f. **Other government assistance that you regularly receive**

Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.

Specify: _____

| | | | |
|---|---|---|---|
| | 8f. | $ 0.00 | $ 0.00 |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. **Other monthly income.** Specify: _____ | 8h. | + $ 0.00 | + $ 0.00 |

| | | | |
|---|---|---|---|
| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 1673.00 | $ 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 1,673.00 | + | $ 0.00 | = $ 1673.00 |

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____    11. + $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies    12. $ 1673.00

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.
☐ Yes. Explain:

**Fill in this information to identify your case:**

Debtor 1    Michael Joseph Geisen
      First Name       Middle Name       Last Name

Debtor 2
(Spouse, if filing)   First Name       Middle Name       Last Name

United States Bankruptcy Court for the: NORTHERN    District of ILLINOIS

Case number
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:
    MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Your Household

1. **Is this a joint case?**

☑ No.   Go to line 2.

☐ Yes. **Does Debtor 2 live in a separate household?**

    ☐ No

    ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

☐ No

☑ Yes. Fill out this information for each dependent..........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Son | 18 | ☐ No   ☑ Yes |
| | | ☐ No   ☐ Yes |
| | | ☐ No   ☐ Yes |
| | | ☐ No   ☐ Yes |
| | | ☐ No   ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

☑ No
☐ Yes

## Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form B 6I).

| | | Your expenses |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $ 2654.00 |
| If not included in line 4: | | |
| 4a.   Real estate taxes | 4a. | $ 0.00 |
| 4b.   Property, homeowner's, or renter's insurance | 4b. | $ 0.00 |
| 4c.   Home maintenance, repair, and upkeep expenses | 4c. | $ 350.00 |
| 4d.   Homeowner's association or condominium dues | 4d. | $ 0.00 |

| Debtor 1 | Michael Joseph Geisen | | Case number (if known) |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

| | | | Your expenses |
|---|---|---|---|

| 5. | **Additional mortgage payments for your residence**, such as home equity loans | 5. | $ 0.00 |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a.  Electricity, heat, natural gas | 6a. | $ 215.00 |
| | 6b.  Water, sewer, garbage collection | 6b. | $ 42.00 |
| | 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 175.00 |
| | 6d.  Other. Specify: _Cable, Internet & Fax_ | 6d. | $ 235.00 |
| 7. | **Food and housekeeping supplies** | 7. | $ 400.00 |
| 8. | **Childcare and children's education costs** | 8. | $ 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ 20.00 |
| 10. | **Personal care products and services** | 10. | $ 40.00 |
| 11. | **Medical and dental expenses** | 11. | $ 240.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 200.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 40.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $ 20.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.  Life insurance | 15a. | $ 0.00 |
| | 15b.  Health insurance | 15b. | $ 0.00 |
| | 15c.  Vehicle insurance | 15c. | $ 65.00 |
| | 15d.  Other insurance. Specify:_____ | 15d. | $ 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $ 0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a.  Car payments for Vehicle 1 | 17a. | $ 0.00 |
| | 17b.  Car payments for Vehicle 2 | 17b. | $ 0.00 |
| | 17c.  Other. Specify:_____ | 17c. | $ 0.00 |
| | 17d.  Other. Specify: _Additional Other Installments_ | 17d. | $ 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form B 6I).** | 18. | $ 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify:_____ | 19. | $ 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| | 20a.  Mortgages on other property | 20a. | $ 0.00 |
| | 20b.  Real estate taxes | 20b. | $ 0.00 |
| | 20c.  Property, homeowner's, or renter's insurance | 20c. | $ 0.00 |
| | 20d.  Maintenance, repair, and upkeep expenses | 20d. | $ 0.00 |
| | 20e.  Homeowner's association or condominium dues | 20e. | $ 0.00 |

Debtor 1    Michael Joseph Geisen _____        Case number (*if known*)_____
            First Name    Middle Name    Last Name

21.  **Other**. Specify: _____        21.  **+**$_____0.00

22.  **Your monthly expenses.** Add lines 4 through 21.
     The result is your monthly expenses.                               22.   $_____4714.00

23.  **Calculate your monthly net income.**

     23a.  Copy line 12 (*your combined monthly income*) from *Schedule I*.    23a.   $_____1673.00

     23b.  Copy your monthly expenses from line 22 above.                23b.  **—** $_____4714.00

     23c.  Subtract your monthly expenses from your monthly income.
           The result is your *monthly net income*.                     23c.   $_____-3041.00

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

     For example, do you expect to finish paying for your car loan within the year or do you expect your
     mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑  No.
☐  Yes.      Explain here:

Official Form B 6J                          **Schedule J: Your Expenses**                          page 3

| **Fill in this information to identify your case:** | | | |
|---|---|---|---|
| Debtor 1 | Michael Joseph Geisen | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN | District of | ILLINOIS |
| Case Number (if known) | | | |

Form B 6J

# Schedule J: Your Expenses – Continuation Page

**All figures below are included in the total on Line 22 of Schedule J**

| **2. Additional Dependents**<br>Do not list Debtor 1 and Debtor 2.<br>Do not state the dependents' names. | **Dependent's relationship to Debtor 1 or Debtor 2** | **Dependent's age** | **Does dependent live with you?** |
|---|---|---|---|
| | _____ | _____ | ☐No _____<br>☐Yes _____ |
| | _____ | _____ | ☐No _____<br>☐Yes _____ |
| | _____ | _____ | ☐No _____<br>☐Yes _____ |

**Your Expenses**

**6d.  Other Utilities.**

Specify: Additional Other Utilities _____  $ _____ 0.00

Specify: Garbage & Recycle _____  $ _____ 18.00

**15d.  Other Insurance.**

Specify: Additional Other Insurance _____  $ _____ 0.00

Specify: _____  $ _____

**16.  Taxes.  Do not included taxes deducted from your pay or included in Lines 4 or 20.**

Specify: _____  $ _____

Specify: _____  $ _____

**19.  Other payments you make to support others who do not live with you.**

Specify: _____  $ _____

Specify: _____  $ _____

**21.  Other.**

Specify: Additional Other Expenses _____  $ _____ 0.00

Specify: _____  $ _____

Specify: _____  $ _____

Specify: _____  $ _____

Specify: _____  $ _____

Specify: _____  $ _____

B6 Summary (Official Form 6 - Summary) (12/13)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Michael Joseph Geisen*

Case No.

Chapter  **7**

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's  liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | *Yes* | *1* | $       363,000.00 | | |
| B-Personal Property | *Yes* | *3* | $        15,490.00 | | |
| C-Property Claimed as Exempt | *Yes* | *1* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *2* | | $       335,573.00 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | *Yes* | *1* | | $             0.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *31* | | $       332,420.01 | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *1* | | | |
| H-Codebtors | *Yes* | *1* | | | |
| I-Current Income of Individual Debtor(s) | *Yes* | *1* | | | $         1,673.00 |
| J-Current Expenditures of Individual Debtor(s) | *Yes* | *1* | | | $         4,714.00 |
| TOTAL | | *43* | $       378,490.00 | $       667,993.01 | |

B6 Summary (Official Form 6 - Summary) (12/13)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *Michael Joseph Geisen*                                    Case No.

Chapter **7**

_____  / Debtor

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☒ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| **TOTAL** | $ |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | $ |
| Average Expenses (from Schedule J, Line 22) | $ |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

B6 Declaration (Official Form 6 - Declaration) (12/13)

In re _Michael Joseph Geisen_ _____    Case No. _____
                    Debtor                                                              (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of     _44_     sheets, and that they are true and
correct to the best of my knowledge, information and belief.


Date: _7/19/2014_ _____          Signature _/s/ Michael Joseph Geisen_ _____
                                                                    _Michael Joseph Geisen_



[If joint case, both spouses must sign.]


Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.


## CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER   (See 11.U.S.C. § 110)

I certify that I am a bankruptcy preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor
with a copy of this document.

Preparer: _____                    Social security No. : _____




Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:




If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.


X_____          Date: _____


A bankruptcy petition preparer's failure to comply with the provisions of title 11 and  the Federal Rules of Bankruptcy Procedure may result in fines or
imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.


Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B 7 (Official Form 7) (4/13)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: **Michael Joseph Geisen**                                                          .          Case No.

                                    Debtor                                                                                     (if known)

### STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101(2), (31).

---

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                                     SOURCE

**Year to date: $0.00                              Income**
**2013: 0.00**
**2012: $58,300**

---

### 2. Income other than from employment or operation of business

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                                     SOURCE

**Year to date:$12206                          *Social Security***
**2013: 21024                                      *Social Security***

## 3. Payments to creditors

None    Complete a. or b., as appropriate, and c.

☒       a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None    b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the
☒       commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filingunder chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

        * Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None    c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or
☒       were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None    a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.
☐       (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| *NationStar Mortgage, LLC. v Michael Geisen, et al 2014CH000753* | *Foreclosure* | *Circuit Court of DuPage County - Wheaton* | *Pre-Judgment* |
| *Capital One Bank NA v Michael Geisen 14SR1116* | *Breach of Contract/ Collection* | *Circuit Court of DuPage County - Wheaton* | *Pre-Judgment* |

None    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the
☒       commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 5. Repossessions, foreclosures and returns

None    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller,
☒       within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Statement of Affairs - Page 2

## 6. Assignments and receiverships

None  a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married
☒  debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not  filed.)

None  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the
☒  commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses
whether or not a joint petition is filed, unless the spouses are separated and a joint petition is  not  filed.)

## 7. Gifts

None  List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to
☒  family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.
(Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed,
unless the spouses are separated and a joint petition is not filed.)

## 8. Losses

None  List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the
☒  commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint
petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 9. Payments related to debt counseling or bankruptcy

None  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt
☐  consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement  of
this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Payee: Frank J. Kokoszka* *Address:* *318 West Adams Street* *Suite 1100* *Chicago, IL 60606* | *Date of Payment: 03/01/2013* *Payor: Michael Joseph Geisen* | *$500.00* |
| *Payee: Frank J. Kokoszka* *Address:* *122 South Michigan Avenue* *Suite 1070* *Chicago, IL 60603* | *Date of Payment:7/21/2014* *Payor: Michael Joseph Geisen* | *$1806* |
| *Payee: Frank J. Kokoszka* *Address:* *122 South Michigan Avenue* *Suite 1070* *Chicago, IL 60603* | *Date of Payment:12/31/2013* *Payor: Michael Joseph Geisen* | *$500* |

## 10. Other transfers

None ☒

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒

b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

## 11. Closed financial accounts

None ☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 12. Safe deposit boxes

None ☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 13. Setoffs

None ☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 14. Property held for another person

None ☒

List all property owned by another person that the debtor holds or controls.

## 15. Prior address of debtor

None ☒

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

## 16. Spouses and Former Spouses

None ☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

## 17. Environmental Information

None  ☒

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor,
including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar termunder an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

None  ☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None  ☒

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

## 18. Nature, location and name of business

None  ☐

a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses  in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature  of the businesses, and beginning and ending dates of all businesses  in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| *Geisen LLC also dba "My Favorite Toy Store"* | *ID: 36-4463393* | *5137 South Main Street Downers Grove, IL 60515* | *Toy Store* | *9/2001- 12/2013* |

None  ☒

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.   A debtor who has not been in business within those six years should go directly to the signature page.)

## 19. Books, records and financial statements

None ☐ a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                    DATES SERVICES RENDERED

*Name: Linda Augustyniak*                                         *Dates:*
*Address:100 Lexington Drive*
*            Buffalo Grove, Illinois 60089*

None ☐ b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                              ADDRESS                          DATES SERVICES RENDERED

*Linda Augustyniak for Geisen,*                                   *Dates:*
*LLC.*

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                              ADDRESS

*Name: Debtor*

*Name: Linda Augustyniak*        *100 Lexington Drive*
*                                Buffalo Grove, Illinois 60089*

None ☒ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

## 20. Inventories

None ☐ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE
OF INVENTORY            INVENTORY SUPERVISOR

DOLLAR AMOUNT
OF INVENTORY
(Specify cost, market or other basis)

*Last: January 2013*      *Supervisor:*                           *Value:*
*Internal Inventory*                                              *Basis:*

None ☒   b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

## 21. Current Partners, Officers, Directors and Shareholders

None ☒   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☒   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

## 22. Former partners, officers, directors and shareholders

None ☒   a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

None ☒   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

## 23. Withdrawals from a partnership or distribution by a corporation

None ☒   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

## 24. Tax Consolidation Group.

None ☒   If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceeding the commencement of the case.

## 25. Pension Funds.

None ☒   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  *07/19/2014*          Signature   */s/ Michael Joseph Geisen*
of Debtor

Date  _____     Signature   _____
of Joint Debtor
(if any)

## DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 34(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer        Social-Security No.(Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal,, responsible person, or partner who signs this document.*

_____

_____
Address

X _____        _____
   Signature of Bankruptcy Petition Preparer        Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *Michael Joseph Geisen*

Case No.

Chapter  7

_____ / Debtor

# CHAPTER 7 STATEMENT OF INTENTION

**Part A -**  Debts Secured by property of the estate. (Part A must be completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

---

Property No.  *1*

| Creditor's Name : | Describe Property Securing Debt : |
|---|---|
| *Nationstar Mortgage, LLC* | *325 Second Street, Downers Grove, IL 60515* |

Property will be (check one) :

☒ Surrendered     ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____  (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt     ☒ Not claimed as exempt

---

Property No.  *2*

| Creditor's Name : | Describe Property Securing Debt : |
|---|---|
| *Bank Financial* | *325 Second Street, Downers Grove, IL 60515* |

Property will be (check one) :

☒ Surrendered     ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____  (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt     ☒ Not claimed as exempt

**Part B -** Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. | | |
|---|---|---|
| **Lessor's Name:**<br><br>*None* | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>☐ Yes        ☐ No |

### Signature of Debtor(s)

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date: _07/19/2014_____        Debtor: _/s/ Michael Joseph Geisen_____

Date: _____        Joint Debtor: _____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Michael Joseph Geisen*

Case No.

Chapter **7**

_____ / Debtor

Attorney for Debtor:  *Frank J. Kokoszka*

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1. The undersigned is the attorney for the debtor(s) in this case.

2. The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   a) For legal services rendered or to be rendered in contemplation of and in
      connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____*2,500.00*
   b) Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . $_____*2,500.00*
   c) The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . $_____*0.00*

3. $_____*335.00*_____of the filing fee in this case has been paid.

4. The Services rendered or to be rendered include the following:
   a) Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to
      file a petition under title 11 of the United States Code.
   b) Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the
      court.
   c) Representation of the debtor(s) at the meeting of creditors.

5. The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for
   services performed, and
   *None other*

6. The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will
   be from earnings, wages and compensation for services performed, and
   *None other*

7. The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for
   the value stated:
   *None*

8. The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's
   law firm, any compensation paid or to be paid except as follows:
   *None*

Dated: *07/19/2014*                          Respectfully submitted,


                                    X */s/ Frank J. Kokoszka*_____
               Attorney for Petitioner:*Frank J. Kokoszka*
                                    *Kokoszka & Janczur, P. C.*
                                    *122 South Michigan Avenue*
                                    *Suite 1070*
                                    *Chicago IL  60603*
                                    *312-443-9600*
                                    *fkokoszka@k-jlaw.com*

## KOKOSZKA & JANCZUR, P.C.

ATTORNEYS AT LAW

140 SOUTH DEARBORN STREET
SUITE 1610
CHICAGO, ILLINOIS 60603-5202

FRANK J. KOKOSZKA
JOHN L. JANCZUR

MARK D. LISTON
OF COUNSEL

LESLIE A. BLAU
EDWARD JANCZUR

PHONE: (312) 443-9600
FAX: (312) 443-5704

WEBSITE: www.k-jlaw.com

February 11, 2013

**Via E-Mail & U.S. Mail Delivery**
Mr. Mike Geisen
325 Second Street
Downers Grove, IL 60515

Re:    **Terms of Retention as Attorney (Bankruptcy)**

Dear Mr. Geisen:

It was nice to meet you on Friday. As I mentioned during our meeting, it is this firm's standard practice to have a retention letter agreement with new clients (the "Engagement Agreement"). This Engagement Agreement may also be required under the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (the "BAPCPA") and is required by the local rules for the U.S. Bankruptcy Court for the Northern District of Illinois. This Engagement Agreement will set forth the terms of our firm's representation of you in a bankruptcy case. You should carefully read the rest of this letter and countersign the enclosed copy of it. Please feel free to call me if you have any questions but be sure that any clarification you get is incorporated in this letter before you countersign it. This will avoid any misunderstandings. This law firm will not do any work on your behalf until I receive a retainer and a signed Engagement Agreement.

**Nature of Engagement.** This Engagement Agreement is between Kokoszka & Janczur, P.C., (an Illinois Professional Corporation, engaged in the practice of law and a Debt Relief Agency as currently defined under the U.S. Bankruptcy Code) and Mike Geisen ("Client"), possibly an "Assisted Person(s)" within the meaning of the Bankruptcy Code. The nature of this representation is to represent you in your individual (business-related) bankruptcy case. My fee for a Chapter 7 case of this nature will be $2,500.00 plus the filing fee of $306.00. As additional facts are presented, the fees we charge may be subject to change. My fee includes the following standard services:

- Analysis of Client's financial condition;

- Advising Client as to the advisability and/or eligibility of seeking relief in bankruptcy under chapter 7, 11 or chapter 13 of the Bankruptcy Code;

Mike Geisen
February 11, 2013
Page 2 of 5

- Assisting the Client in assembling documents necessary for or in connection with the filing of a Bankruptcy Petition;

- Advising Client to availability of personal exemptions under applicable law;

- Assisting Client in meeting all conditions precedent to making a petition for relief under the Bankruptcy Code and in meeting all conditions precedent to obtaining a discharge, if Client is eligible to receive a discharge;

- Preparing Client for examination at meeting of creditors pursuant to Section 341 of the Bankruptcy Code;

- Assisting the Client in the enforcement of the automatic stay, if required;

- Communication with the Client's bankruptcy trustee, as necessary.

- Communication with the Client's creditors, as necessary.

If our firm does work on your behalf and you then decide not to file for bankruptcy or to not have our firm represent you in the bankruptcy filing, I will charge you at my usual hourly rate of $250.00 per hour for any work done.

**Retainer & Fees.** I will require an initial retainer of $500.00 before performing any legal services on your behalf. The entire fee ($2,500.00) and filing fee ($306.00) and any other fees must be paid before we file the bankruptcy case.

The U.S. Bankruptcy Code as amended by BAPCPA requires Kokoszka & Janczur, P.C., as a Debt Relief Agency, to advise clients that nothing in this Engagement Agreement shall be deemed to be advice that the Clients pay an attorney's fee to a Debt Relief Agency.

**Additional Services.** If your case becomes more complex, requiring anything beside what is listed above under "Nature of Engagement", I will require an additional fee for additional services. Client agrees to pay for legal services beyond "Standard Services" at the prevailing hourly rates of the attorneys of Kokoszka & Janczur, P.C. For example, if creditors file an objection or other action such as a request for a Rule 2004 exam and attendance at an exam or if the trustee attempts to liquidate any property, then I will most likely represent you at my usual hourly rate, which is currently $300.00 per hour. My hourly rate is subject to change upon thirty (30) days written notice. I do not expect my hourly rate to increase in the next six months. Please note that our firm's representation of you in a bankruptcy case does not include, inter alia, "cleaning-up" your credit report, post-bankruptcy.

**Results.** In the course of every matter, clients ask me for my advice and ask me to predict the likelihood of success and failure. I will give you the benefit of my honest judgment based on my experience. No lawyer can predict the outcome of every case. To the extent that I

Mike Geisen
February 11, 2013
Page 3 of 5

make predictions to help you evaluate your alternatives, you must understand that they are guesses based on my experience and not guarantees.

**Your Duties.** It is important that you review all the Disclosure Documents included with this Engagement Agreement so you understand all your duties and obligations under the Bankruptcy Code. It is vital that you disclose all debts and all assets, any transfers of property or payments made to creditors within ninety days of the bankruptcy filing and any transfers of property made to creditors who are family members (or "insiders") within one year of the bankruptcy filing, plus all other information required in the bankruptcy petition, bankruptcy schedules and statement of financial affairs. You must tell me if and when you previously filed for bankruptcy. If you provide any false or intentionally incomplete information, the bankruptcy case may be dismissed and/or you may be prosecuted under criminal law for bankruptcy fraud. Your bankruptcy case is subject to audit by the U.S. Trustee's Office and other federal agencies and offices. If you do provide false and/or intentionally incomplete information, I will withdraw as your attorney.

You must obtain credit counseling prior to filing for bankruptcy and you will also have to obtain debt management/financial management counseling before the end of your bankruptcy case in order to obtain your bankruptcy discharge. While I will assist you in this, it is your responsibility to obtain the credit counseling and pre-discharge/financial counseling and it is your responsibility to pay for these services.

When the bankruptcy petition is filed, an automatic stay will go into effect **unless** you have filed for bankruptcy previously within certain time limits set forth in the Bankruptcy Code. The automatic stay generally prohibits creditors from taking any action to collect their claims outside of the Bankruptcy Court. For example, if the automatic stay is in effect creditors are not allowed to sue you, or to foreclose upon or repossess any of your property without obtaining permission from the bankruptcy court. It is essential, of course, that I be notified of any threatened lawsuits, foreclosures, or repossessions, as well as all pending lawsuits or other actions so that we can make sure that the creditors and their attorneys are notified and the action stopped. In most cases liens on property will not be wiped out by the bankruptcy. If you have any concern as to specific debts or liens, please contact me.

**Termination and Withdrawal.** You have the right to terminate my services at any time. Please keep in mind that if you terminate my services after the bankruptcy case is filed, I will have to file a motion to withdraw and seek permission of the Court to withdraw. If you terminate my services you will still owe me my full fee (plus any additional fees earned) and reimbursement of my expenses to the date of termination. I also have the right to withdraw from representing you at any time, subject to applicable ethical and procedural rules.

**Client Cooperation and Communication.** In order to represent you, it is absolutely essential that I be able to reach you and that you cooperate with the preparation for any

Mike Geisen
February 11, 2013
Page 4 of 5

proceedings. Please notify me in writing immediately of any new addresses, telephone numbers or e-mail addresses.

While I pride myself on the attention that I give to my clients' matters, please know that there will be many times when I will be difficult to reach because I am in court, out of the office at a meeting or on the phone concerning another client's or possibly your case. If you call my office and I am not available, please let my assistant or the receptionist who takes the call know the reason for the call and any information (be as specific as possible) that will allow me to pertain to your matters as quickly as I can. You can also leave a confidential message on our voice-mail system. I can also be reached at my e-mail address: fkokoszka@k-jlaw.com.

## ACKNOWLEDGEMENT OF RECEIPT OF DISCLOSURES

Client acknowledges that Client has received copies of all Disclosure Documents attached to this Engagement Agreement. These documents include:

A)   The Notice from the Clerk of the U.S. Bankruptcy Court pursuant to Section 342(b) of the Bankruptcy Code and Section 527(a) of the Bankruptcy Code;

B)   "Important Information about Bankruptcy Assistance Services From an Attorney or Bankruptcy Petition Preparer" pursuant to Section 527(b) of the Bankruptcy Code;

C)   "Notice to Be Provided Pursuant to Section 527(c) of the Bankruptcy Code; and,

D)   "Notice to Be Provided Pursuant to Section 527(a) of the Bankruptcy Code"

Please countersign this letter below to show your agreement to these terms and acknowledgement that you have received the Disclosure Documents, and return the countersigned copy to me. Upon receipt of a signed retention agreement and payment of the initial retainer, I will begin to work on your case. If you have any questions or concerns, please feel free to call me. I look forward to working with you. Thank you.

Very truly yours,

Frank J. Kokoszka for
Kokoszka & Janczur, P.C.

Mike Geisen
February 11, 2013
Page 5 of 5


**<u>APPROVED AND AGREED</u>:**


_____           _____
Client                                                                    Date


**THE BANKRUPTCY CODE REQUIRES US TO EXPLICITLY AND
CONSPICUOUSLY INFORM YOU THAT:**

**"WE ARE A DEBT RELIEF AGENCY.  WE HELP PEOPLE FILE FOR BANKRUPTCY
RELIEF UNDER THE BANKRUPTCY CODE."**

Mike Geisen
February 11, 2013
Page 5 of 5

**APPROVED AND AGREED:**

_____    _____
Client                                Date   2/15/13

**THE BANKRUPTCY CODE REQUIRES US TO EXPLICITLY AND
CONSPICUOUSLY INFORM YOU THAT:**

**"WE ARE A DEBT RELIEF AGENCY.  WE HELP PEOPLE FILE FOR BANKRUPTCY
RELIEF UNDER THE BANKRUPTCY CODE."**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *Michael Joseph Geisen*

Case No.

Chapter  **7**

_____ / Debtor

Attorney for Debtor:   **Frank J. Kokoszka**


## VERIFICATION OF CREDITOR MATRIX


The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the

best of our knowledge.



Date: *07/19/2014*                              */s/ Michael Joseph Geisen*
                                               Debtor

Abrams & Abrams P.C.
180 W Washington St
Suite 910
Chicago, IL  60602

Allied Waste Republic Service
P.O. Box 9001154
Louisville, KY  40290

Aldeca & Brooks Ltd
204 Stonehinge Lane
P.O. Box 363
Carle Place, NY  11514-0363

ADP Account Receivable
100 N Stanton Street
3rd Floor
El Paso , TX  79901

Almar Sales
320 5th Avenue
3rd Floor
New York, NY  10001

Authorize.Net
PO Box 947
American Fork, UT  84003

ADP Inc
P.O. Box 31001-1568
Pasadena, CA  91110-1568

American Express
c/o American Recovery Service
555 St. Charles Drive, # 100
Thousand Oaks, CA  91360

Bank Financial
6415 West 95th Street
Chicago Ridge , IL  60415

Advanced Disposal
Collections Department
PO Box 6484
Carol Stream, IL  60197

ANI International Inc
125 S Wacker Dr
Suite 1210
Chicago, IL  60606

Bank Financial
6415 West 95th Street
Chicago Ridge, Illinois  6041

Affinity Solution
1180 Sixth Avenue
3rd Floor
New York, NY  10036

Ann Williams
6142 Lantern
Bloomfield Hills, MI  48301

BankFinancial F.S.B.
15W060 North Frontage Road
Burr Ridge, IL  60527

AG Adj-Uline
740 Whitman Road
Melville, NY  11747-9090

Aquastone Group
600 Reisterstown Rd
Suite 308
Pikesville, MD  21208

BC USA
101 Quint Street
San Francisco, CA  94124

Alex Toys LLC
251 Union Street
Northvale, NJ  07647

ARS National Services
po Box 463023
Escondido, CA  92046-9046

Be Amazing Toys
P O Box
Grantsville, MD  21536

Alex Toys LLC
PO Box 3908
Boston, MA  02241

ARS National Services Inc
P O Box 463023
Escondido , CA  92046-9046

Be Good Company
733 South Claremont Street
San Mateo, CA  94402

Alliance One-Capital One
4850 Street Road
Suite 300
Feasterville Tre, PA  19053

AT&T
c/o Cisco, Inc.
PO Boxx 801086
Houston, TX  77280-1088

Best of Best
5100 Academy Drive
Suite 300
Lisle, IL  60532

Allied Interstate LLc
2290 Agage Court
Unit Al
Simi Valley, CA  93065

AT&T
PO Box 5019
Carol Stream, IL  60197-5019

Blitt and Gaines, P.C.
661 Glenn Avenue
Wheeling, IL  60090

Allied Waste Republic Service
P.O. Box 9001154
Louisville, KY  40290-1154

AT&T Universal MC
P.O. Box 6500
Sioux Falls, SD  57117-6500

Blue Orange
1000 Illinois Street
San Francisco, CA  94107

Brand44 Colorado
169 Corona Street
Denver, CO  80218

Brennan & Clark Ltd
721 E Madison
Suite 200
Villa Park, IL  60181

Bruder
4950 West 145th Street
Hawthorne, CA  90250

Can You Imagine
9314 Eton Avenue
Chatsworth, CA  91311

Capital One MC
P.O. Box 6492
Carol Stream, IL  60197-6492

Capital One Visa
P.O. Box 6492
Carol Stream, IL  60197-6492

Carma Games/Tenzi

Casdon PLC
Cornford Road
Blackpool, England  FY4 4QW

Ceaco
70 Bridge Street
Suite 200
Newton, MA  02458

Cloud B Inc
150 W Walnut Street
Suite 100
Gardena, CA  90248

Codilis & Associates, P.C.
15W030 North Frontage Road
Suite 100
Burr Ridge, IL  60527

Coface Collections North Ameri
P.O. Box 1389
Kenner, LA  70063

Coface Collections North Ameri
P.O. Box 1389
Kenenr, LA  70063

ComEd
P O Box 6111
Carol Stream, IL  60197

Corolle
P O Box
Atlanta , GA   30374

Credit Collection Services
Two Wells Avenue
Newton Center, MA  02459

Crisco Inc
1702 Townhurst Dr
Houston, TX  77043

Daron
24 Stewart Place
Unit 4
Fairfield, NJ  07004

Debtscreen.Com Inc
P.O. Box 131610
Staten Island , NY  10313

DeHaan & Bach
25 Whitney Dr
Suite 106
Milford , OH  45150

Discover Card
P.O. Box 6103
Carol Stream, IL  60197-6103

Discover with Dr. Cool
621 Morton Street
Ashland, OR  97520

31192 La Baya Dr
Suite F
Thousand Oaks, CA  91362

Don Saichek
1427
Elmhurst, IL  60126

Douglas Company
69 Krif Road
Box D
Keene, NH  03431

Educational  Development
PO Box 472037
Tulsa, OK  74147

EeBoo
170 West 74th Street
Suite 102
New York, NY  10023

Elenco
150 Carpenter Avenue
Wheeling, IL  60090

Elizabeth Flanigan
1227 Glencoe Street
Wheaton, IL  60187

Enesco LLC
225 Windsor Dr
Itasca, IL  60143

Euler Hermes Collections
600 South 7th St
Louisville, KY  40203

EzyRoller LLC
22588 Scenic Loop Rd
San Antonio, TX  78255

Faber Castell
9450 Allen Drive
Cleveland, OH  44125

Fashion Angels Ent
306 N Milwaukee Street
Milwaukee, WI  53202

Fat Brain Wholesale
1405 N 205th Street
Suite 120
Elkhorn, NE  68022

Fisher Price
P.O. Box 198049
Atlanta , GA  30384-8049

Folkmanis
1219 Park Avenue
Emeryville, CA  94608

Franklin Capital/Kaskey Kids I
P O Box 1220
Highland Park, IL  60035

Franklin Sports Inc
P.O. Box 4808
Boston , MA  2212-4808

Geo Central
6049 Hi-Tek Court
Mason , OH  45040-2603

Gina B Designs
12700 Industrial Park Blvd
Suite 40
Plymounth, MN  55441

Green Toys
495 Miller Avenue
Suite 301
Mill Valley, CA  94941

Hape International Inc
123 Cree Road
Sherwood Park, AB  T8A 3X9

Harrisville Designs
P O Box 806
Harrisville, NH  03450

Hoduko Inc
221 Main Street
Portland, OR  97214

Hohner
1000 Technology Park Drive
Glen Allen, VA  23059

Hotaling Imports
101 Madison Street
P O Box 715
Wampsville, NY  13163

House of Adjustment Inc
715 Mamaroneck Ave
P.O. Box 780
Mamaroneck, NY  10543-0780

Huntar Company
32408 Central Ave
Union City, CA  94587

Infinity/Zoobs Corp
733 S Claremont Street
San Mateo, CA  94402

Innovention Toys
2058 Paradise Ridge Ct
Colorado Springs, CO  80921

Insect Lore
P O Box 1535
Shafter, CA  93263

Intergrity Sign
1075 Camden Lane
Aurora, IL  60504

International Playthings
P.O. Box 823401
Philadelphia, PA  19182-3401

John Hansen Co
369 Adrian Road
Millbrae, CA  94030

Just Plays Deco
P.O. Box 600
Grantsville, MD  21536

Just Think Toys
P O Box 10730
Bainbridge Islan, WA  98110

Kickboard USA
5090 Kendrick Court SE
Grand Rapids, MI  49512

Kid Galaxy Inc
150 Dow Street
Tower2, 425B
Manchester, NH  03101

Kido Products
1050 Amboy Ave
Suite 1
Perth Amboy, NJ  08861

Kidzaw
231 Forest Avenue
Oak Park, IL  60302

Klutz
450 Lambert Ave
Palo Alto, CA  94306

Learning Resources Inc
6641 Eagel Way
Chicago, IL  60678

Linda Augustyniak
Jacobs & Newmark, P.C.
100 Lexington Drive
Buffalo Grove, IL  60089

Manhattan Toy
430 First Avenue North
Suite 500
Minneapolis, MN  55401

Maple Landmark Inc
1297 exchange Strret
Middlebury, VT  05753

Marky Sparky
2180 Chablis Ct
Suite 102
Escondido, CA  92029-1964

Marlon Creations
3501 36th Ave
Long Island City, NY  11106

Mason Corp
8114 Isabella Lane
Brentwood, TN  37027

Mattel
P O Box 100125
Atlanta, GA  30384-5738

Melissa & Doug LLC
P.O. Box 590
Westport, CT  06881

MindWare Wholesale
2100 Country Road C West
Roseville, MN  55113

National Sporting Goods
376 Hollywood Avenue
Suite 202
Fairfield, NJ  07004

Nationstar Mortgage, LLC
FL

Nicor Gas
c/o Arnold Scott Harris
111 West Jackson
Chicago, IL  60604

Northern Leasing Systems
132 West 31st Street
14th Floor
New York, NY  10001

OgoSport LLC
Brooklyn Navy Yard, Bldg 3
Suite 408
Brooklyn, NY  11205

Omni Group Maritime Ltd
225 Ferndale Cove Road
Halifax, NS  B3P 1L3

PlayMobil USA Inc
P.O. Box 877
Dayton, NJ  08810-0877

Proof-Slinky LLC
4280 S Haggerty Road
Canton , MI  48188

Psych Associates DuPage
c/o David Weaver LCPC
950 N. York Road, Ste 107
Hinsdale, IL  60521

R & R Games/AmeriFators
PO Box 130195
Tampa, FL  33681

Random House
400 Hahn Road
Westminster, MD  21157

Ravensburger USA Inc
P.O. Box 845233
Boston , MA  02284-5233

Receivables Control Corporatio
7373 Kirkwood Court
Suite 200
Minneapolis, MN  55369

Receivables Control Corporatio
P.O. Box 9658
Minneapolis, MN   55440-9658

Reeves International Inc
14 Industrial Rd
Pequannock, NJ  07440

Republic Services
5050 W. Lake Street
Melrose Park, IL  60160

306 Newburyport Turnpike
Rowney, MA  01969

Sko Brenner American
P.O. Box 9320
Baldwin   , NY  11510

Smart Lab
11120 NE 33rd Place
Suite 101
Bellevue, WA  98004

Smart Noggin Inc
P O Box 244
Noblesville, IN  46061

Smart Toys and Games
2822 Van Ness Avenue
San Francisco, CA  94109

Spooner Boards
1804-A Cleveland Ave
National City, CA  91950

Stein & Rotman
105 W Madison Street
Chicago, IL  60602

Stein & Rotman
105 West Madison Street
Chicago, IL  60602-4672

Stephen Joseph
4302 Ironton Ave
Lubbock, TX  79407

Sterling Publishing Co
387 Park Avenue South
New York, NY  10016

Sweet Locks/KRL Products
5350 DTC Parkway
Suite 301
Grenwood Village, CO  80111

System Enterprises LLC
319 Windward Island
Clearwater Beach, FL  33767

P.O. Box 3953
Chicago, IL  60673-3953

Teller Levit & Silvertrust PC
19 S LaSalle
Suite 701
Chicago, IL  60603

United Commercial Collections
4455 Genesee Street
Suite 116
Buffalo, NY  14225

Thames & Kosmos
301 Friendship Street
Providence, RI  02903

University Games
2030 Harrison Street
San Francisco, CA  94110

The Creditors Network
27972 Meadow Drive
Suite 320
Evergreen,, CO  80439

UPS
c/ o NCO Financial Systems, Ir
Dublin, OH  43017

The Original Toy Company
230 Woodmont Rd
Milford, CT  06460

UPS
c/o NCO Financial Systems, Inc
PO Box 9186
Dublin, OH  43017

Thinkfun Inc
1321 Cameron St
Alexandria, VA  22314

UPS/UPS SCS Chicago
28013 Network Place
Chicago, IL  60673-1280

Tomy International Inc
39792 Treasury Center
Chicago, IL  60694-9700

Weltman Weinberg & Rais Co
3705 marlane Drive
Grove City, OH  43123

Transnational Bankcard
9600 W Bryn Mawr Ave.
6th Floor
Rosemont , IL  60018

Wonder Forge Inc
300 East Pike Street
Seattle, WA  98122

Transworld System Inc
507 Prudential Rd
Horsham, PA  19044

Zany Toys LLC
P O Box 104
South Glastonbur, CT  06073

Transworld Systems Inc
507 Prudential Rd.
Horsham, PA  19044

Transworld Systems Inc
507 Prudential Rd
Horsham, PA  19044